**98–605. State v. Lance.**
Hamilton App. No. C–970301.
RESNICK, PFEIFER and COOK, JJ., dissent.

## RECONSIDERATION DOCKET

**96–2706. In re Washington.**
Cuyahoga App. No. 69283. Reported at 81 Ohio St.3d 337, 691 N.E.2d 285. On motion for reconsideration. Motion denied.